**Order filed March 28, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00107-CV
_____

**JUNE G. BARTLE, Appellant**

**V.**

**MAIN STREET ACQUISITION CORP., Appellee**

---

**On Appeal from the County Court at Law No 1**
**Galveston County, Texas**
**Trial Court Cause No. CV-0067462**

---

**O R D E R**

The notice of appeal in this case was filed February 8, 2013. The clerk's record was filed March 14, 2013. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **April 12, 2013.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM